

**PRELIMINARY  SITE ACCESSIBILITY REPORT**

*Marriott Courtyard*
*2481 Carmichael Dr.*
*Chico, California*

MARRIOTT COURTYARD
2481 Carmichael Drive
Chico, CA

| | | |
|---|---|---|
| DSA pg 2&3 | | 1. Tow away sign posted at wrong height. |

*SEE PHOTO No. 1*

| | | |
|---|---|---|
| DOT #R100B | | 2. Tow away sign wrong color. |

*SEE PHOTO No. 2*

| | | |
|---|---|---|
| 1129B.5 | 4.6.4 | 3. Incorrect parking signage. No separate van accessible sign. |

*SEE PHOTO No. 3*

| | | |
|---|---|---|
| DOT R99, 106.3.3 | | 4. Accessible parking sign incorrect size. |

*SEE PHOTO No. 4*

| | | |
|---|---|---|
| 1129 B.5.1&2 | 4.6.4 | 5. Accessible parking space and access aisle not outlined white. |

*SEE PHOTO No. 5*

| | | |
|---|---|---|
| 1133B.5.4.6 | 4.8.4.3 | 6. Curb ramp not minimum required size. |

*SEE PHOTO Nos. 6 thru' 10*

| | | |
|---|---|---|
| 1127 B. 5.8 | | 7. No detectable warnings. |
| 1127 B.5.8 | 4.29.2 | 8. Detectable warning not visually contrasting, light on dark or dark on light. |
| 1102 B.2.6<br>DSA pg 2D&3D | 4.3 | 9. No accessible route of travel from on grounds. |

Stop signs not painted for crossing vehicular path.

## *SEE PHOTO Nos. 11 and 12*

| | | |
|---|---|---|
| 1127 B. | 36.304 | 10. No exterior route of travel from the property border. |
| 1127 B. 3 | | 11. No exterior route of travel signs. |
| 1124 B.3 | 4.5.3 | 12. Floor mats are not attached. |

## *SEE PHOTO Nos. 13 and 14*

| | | |
|---|---|---|
| | 36.302 | 13. Some staff does not have information about accessibility available at this location. |
| | 36.302 | 14. Some shifts only one employee scheduled, making no one available for emergencies. |
| 1116 B. 1.10 | 4.10.13 | 15. Elevator does not have an audible tone. |
| 1116 B. 1.14 | 4.10.4 | 16. Elevator does not have up-and-down tones. |
| 1116 B.1.9 | 4.10.12 | 17. Elevator control buttons are not square shouldered. |
| 1116 B.1.9 | 4.30. 4 | 18. No Braille symbols immediately below floor buttons. |

## *SEE PHOTO No. 15*

| | | |
|---|---|---|
| 1122 B.3 | 4.32.3 | 19. Knee clearance under business center desk 26 inches not 27 inch minimum. |

## *SEE PHOTO No. 16*

| | | |
|---|---|---|
| 1122 B. 3 | 4.32.2 | 20. Lobby seating does not offer 19 inches before an obstruction to accommodate a wheelchair occupant. |
| 1117 B. 5.8.1<br>Fig 11 B. – 6 | 4.30.7<br>Fig 43 | 21. Lobby seating has no ISA. |

## *SEE PHOTO No. 17*

| | | |
|---|---|---|
| 1118 B.5 | 4.2.5 | 22.  Breakfast room self serve/condiment counter out of required reach range limits. |
| 1122 B. 4<br>Fig11B- 5D and F | 4.32.3 | 23.  Breakfast room counter does not have a section 28 to 34 inches high and 36 inches wide and 24 inches deep maximum to accommodate a wheelchair occupant. |

## *SEE PHOTO No. 18*

| | | |
|---|---|---|
| 1122 B. 3 | 4.32.2 | 24.  Dining room seating does not offer 19 inches before an obstruction to accommodate a wheelchair occupant. |
| 1117 B. 5.8.1<br>Fig 11 B. – 6 | 4.30.7<br>Fig 43 | 25.  Dining room seating has no ISA. |

## *SEE PHOTO No. 19*

| | | |
|---|---|---|
| 1117 B.5<br>Fig 11 B-6 | 4.30 | 26.  Entrance door to pool has no ISA. |

## *SEE PHOTO No. 20*

| | | |
|---|---|---|
| 1111 B.2 (4.1 thru' 4.6) | | 27. No lift in the pool. |

## *SEE PHOTO No. 21*

| | | |
|---|---|---|
| 1117 B.5<br>Fig 11 B-6 | 4.30 | 28.  Entrance door to exercise room has no ISA. |

## *SEE PHOTO No. 22*

| | | |
|---|---|---|
| 1102 B<br>1114 B.1.2 | 4.3<br>4.3.3<br>Fig 7 (a & b) | 29. No accessible route through exercise room.  At |

least one aisle is less than 36 inches wide.

## SEE PHOTO Nos. 23 thru' 26

| | | |
|---|---|---|
| 1117 B. 5.4 | | |
| 1117 B. 5.1.3 | 4.1.2 (7) (d) | 30. No directional signage to the public restroom. |
| 1117 B. 5.6.3 | 4.1.3 (16) (a) | 31. Restroom signs are not on the wall, latch side. |
| 1117 B. 5.5.3 | 4.30.4 | 32. Restroom door sign has no ISA, wall mounted, latch side. |
| 1117 B. 5.6.3 | 4.30.4 | 33. Restroom door signs do not have a verbal description below the ISA, latch side. |
| 1115 B. 5 | 4.30.4 | 34. Restroom door not identified in Braille, latch side. |
| 1117 B. 5.1.1 | 4.1.2 (7) (d) | |
| 1117 B. 5.6.3 | | 35. Restroom signs are not centered 60 inches from the floor, latch side. |

## SEE PHOTO No. 27

| | | |
|---|---|---|
| 1115B. 7.1.4 | | 36. Stall door not self closing. |
| 1133 B. 2.4.2 | 4.13.6 | |
| Fig 11 B. – 26 A | Fig 25 | 37. Clearance for side strike area on interior doors is not 18 inches on the pull side and 12 inches on the push side. |

## SEE PHOTO No. 28

| | | |
|---|---|---|
| 1115B.7.1.4 | 4.17.5 | 38. Outside stall door does not have accessible handle. |

## SEE PHOTO No. 29

| | | |
|---|---|---|
| 1115 B. 7.1.4 | | 39. Inside stall door does not have accessible handle. |
| 1115 B.7.1.4 | | 40. Inside stall door handle not mounted below latch. |

### *SEE PHOTO No. 30*

| | | |
|---|---|---|
| 1115B.2.1.1.2 | 4.16.5 | 41. Water closet flush control not on wide side of stall. |

### *SEE PHOTO Nos. 31 and 32*

| | | |
|---|---|---|
| 1133 B.8.6.1 | 4.4.1 | 42. Wall mounted trash can protrudes more than 4 inches from wall. |

1115B.9.3
Fig 11B-1-A
1118 B.6            4.2.6
11B-5D (a) and (b)            43. Wall mounted trash can is 36 inches from water closet, out of required reach range limits.

### *SEE PHOTO No. 33*

1115 B.8.1            4.17.6
Fig 11 B. – 1 A      Fig 30            44. Side grab bar 36 inches long not 42 inch minimum.

1115 B. 8.1           4.17.6
Fig 11 B. – 1 A      Fig 30            45. Side grab bar 15 inches from the back wall, not 12 inch maximum.

### *SEE PHOTO No. 33*

| | | |
|---|---|---|
| 1133 B.8.6.1 | 4.4.1 | 46. Toilet tissue dispenser protrudes more than 4 inches from wall. |

### *SEE PHOTO No. 35*

1115 B. 2.1.2.1
Fig 11 B. –D                  47. Center of lavatory 9 inches from the wall not 18 inch minimum.

### *SEE PHOTO No. 36*

1115 B.2.1.2.1      4.19.2
Fig 11 B. –D         Fig 31           48. Drainpipes under lavatory 9 inches from the wall not 6 inch maximum.

| | | |
|---|---|---|
| 1115 B. 2.1.2.2 | 4.19.4 | 49. Hot water and drainpipes are not insulated. |

*SEE PHOTO No. 37*

| | | |
|---|---|---|
| 1115B.9.2 | 4.13.9 | 50. Security latch 64 inches from the floor. |
| 1115 B. 7.1.4 | 4.13.9 | 51. Door security lock requires grasping and twisting. |
| 1115 B.9.2 | | 52. Some written material 59 inches from floor. |

*SEE PHOTO No. 38*

| | | |
|---|---|---|
| 1114 B.2.4 | 4.27.4 | 53. Drapery wand requires manual dexterity. |

*SEE PHOTO No. 39*

| | | |
|---|---|---|
| 1115B.9.2 | 4.27.4 | 54. Drapery wand 66 inches from the floor. |

*SEE PHOTO No. 40*

| | | |
|---|---|---|
| 1114B.2.4 | 4.27.4 | 55. Some light switches require manual dexterity. |

*SEE PHOTO Nos. 41, 42, & 43*

| | | |
|---|---|---|
| 1114B.2.4 | 4.27.4 | 56. Heating/AC control requires manual dexterity. |

*SEE PHOTO No. 44*

| | | |
|---|---|---|
| 1115 B.9.2 | | 57. Heating/AC control 49 inches from floor. |

*SEE PHOTO No. 45*

| | | |
|---|---|---|
| 1115B.9.3 Fig 11B-1-A 1118 B.6 11B-5D (a) and (b) | 4.2.6 | 58. Self serve coffee bar out of required reach |

          range limits.

### SEE PHOTO Nos. 46 and 47

| | | |
|---|---|---|
| | 36.303 | 59.  Written material not in Braille or on audio. |
| | 36.303 | 60.  Closed captioning not available on TV. |

### SEE PHOTO No. 48

| | | |
|---|---|---|
| 1111 B.4.3 | | 61.  Not a 36 inch clearance all around the bed. |

### SEE PHOTO Nos. 51 and 52

| | | |
|---|---|---|
| 1122 B.3 | 4.32.3 | 62.  Knee clearance under desk 22 inches not 27 inch minimum. |

### SEE PHOTO No. 53

| | | |
|---|---|---|
| 1102 B | 4.3 | 63.  Chair is an obstruction to the floor lamp. |

### SEE PHOTO Nos. 54, 55, & 56

| | | |
|---|---|---|
| 1115 B6 .1.3 | 4.20.4 | 64.  No attached tub seat. |

### SEE PHOTO Nos. 57 and 58

| | | |
|---|---|---|
| 1115 B.6.1.3 | 4.20.4 | 65.  Not a 12 inch grab bar at head of the tub. |
| 1115 B.6.1.3 | 4.20.4 | 66. Both back bars are not mounted 15 inches from the corner head wall. |
| 1115 B. 6.1.3 | 4.20.4 | 67.  Top back bar not between 33 and 36 inches from the floor surface. |

### SEE PHOTO No. 58

| | | |
|---|---|---|
| 1115 B.9.2 | 4.23.8 | |
| 1115 B.6 .1.2 | 4.20.3 | 68.  Showerhead mounted 55 inches from the floor. |

### SEE PHOTO No. 59

| | | |
|---|---|---|
| 1115 B.7.1.4 | 4.17.3 Fig 30 | 69. Water closet area not minimum 60 inches wide. |
| 1115 B. 7.1.3 | 4.17.3 Fig 28 & 30 | 70. Water closet center 15 inches from side wall not required 18 inches. |
| | 4.17.3 Fig 30 | 71. Water closet center 25 inches from the wall or other partition, not 42 inch minimum. |
| 1115 B. 7.1.3 | | 72. Side of water closet 19 inches from the wall or other partition not 32 inch minimum. |

### *SEE PHOTO No. 60*

| | |
|---|---|
| 1115B.9.3 | 73. Toilet tissue dispenser is even with the front of the water closet not required 12 inches in front. |

### *SEE PHOTO No. 61*

| | |
|---|---|
| 1115 B. 2.1.2.1 Fig 11 B. –D | 74. Center of lavatory 10 inches from the wall not 18 inch minimum. |

### *SEE PHOTO No. 62*

| | | |
|---|---|---|
| 1115 B.2.1.2.1 Fig 11 B. –D | 4.19.2 Fig 31 | 75. Drainpipes under lavatory 10 inches from the wall not 6 inch maximum. |

### *SEE PHOTO No. 63*

**THESE VIOLATIONS WERE FOUND IN THE WOMEN'S RESTROOM.  ADDITIONAL VIOLATIONS MAY BE FOUND IN THE MEN'S RESTROOM.**

1. 

2. 

3. 

4.

5. 

6. 

7.



8.



9.



10.

11.



12.



13.



14. 

15. 

16. 

17.



18.



19.



20. 

21. 

22. 

23.



24.



25.



26.

27. 

28. 

29.

30.

31.









Case 2:05-cv-01951-LKK-CMK   Document 1-1   Filed 09/26/05   Page 20 of 20