1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

7  ANTHONY HALL, SBN 187960
   HALE LANE
   5441 KIETZKE LANE, 2ND FLOOR
8  RENO, NV 89511
   Telephone: (775) 327-3000
9  Facsimile: (775) 786-6179

10 Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LARY FEEZOR, | Case No. CIV.S. 05-1951 LKK CMK |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| CHICO LODGING, LLC dba MARRIOTT, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES:

    Pursuant to a Settlement Agreement and Release between plaintiff, Lary Feezor, and defendant, Chico Lodging, LLC dba Marriott, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: May 19, 2006                    LAW OFFICES OF LYNN HUBBARD, III

                                      /s/ Lynn Hubbard, III
                                      LYNN HUBBARD, III
                                      Attorney for Plaintiff

Dated: May 19, 2006                    HALE LANE

                                      /s/ Anthony Hall
                                      ANTHONY HALL
                                      Attorney for Defendant

### **ORDER**

    IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-1951 LKK CMK is hereby dismissed with prejudice.

Dated: June 2, 2006.

                                      [signature]
                                      United States District Court Judge